IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDY ALEXANDER SUNDAY,

      Appellant,

 v.

      Case No. 5D22-871
      LT Case No. 20-CF-000763-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.